AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. |
| Black iPhone with a diagonal crack through the upper half of the rear panel and a chip in top right corner of the rear panel (Target Device #2) | ) ) ) ) | **24mj611** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the _____ Southern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18, USC sec. 1591 | Sex Trafficking of a Minor, Sex Trafficking By Force, Fraud, or Coercion |

The application is based on these facts:

See Attached Affidavit of FBI Special Agent Jessica Schick, incorporated herein by reference.

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Jessica Schick*
_____
*Applicant's signature*

Special Agent Jessica Schick, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date: ___ Feb 16, 2024 ___

*Allison H. Goddard*
_____
*Judge's signature*

City and state: ___ San Diego, California ___      Hon. Allison H. Goddard, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Jessica R. Schick, Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby state as follows:

### INTRODUCTION

1.      I make this affidavit in support of an application for a search warrant to search the following electronic devices, as further described in Attachment A-1 and A-2 ("**Target Devices**"), and seize evidence of crimes, specifically, violations of Title 18, United States Code, Section 1591, as more particularly described in Attachments B-1 and B-2:

Black iPhone with a crack on the bottom right corner of the rear panel, in a clear case with black bumpers (**Target Device #1**)



//

//

//

//

1

Black iPhone with a diagonal crack through the upper half of the rear panel and a chip in top right corner of the rear panel (**Target Device #2**)



This search supports an investigation by the San Diego Human Trafficking Task Force (SDHTTF) into Damarion Leray CULPEPPER ("CULPEPPER"), who is suspected of committing the crimes mentioned above. A factual explanation supporting probable cause follows.

2.      **Target Device #1** was located on the ground next to JF1 after she was detained during a rescue operation on September 22, 2022. The device is currently stored at the San Diego California Department of Justice County Office located at 9425 Chesapeake Drive, San Diego, CA 92123. **Target Device #2** was located in CULPEPPER'S property received during his transfer from state to federal custody on November 13, 2023. The device is currently stored at the San Diego California Department of Justice County Office located at 9425 Chesapeake Drive, San Diego, CA 92123.

3.      Based on the information below, there is probable cause to believe that a search of the **Target Devices** will produce evidence of the aforementioned crimes, as described in Attachments B-1 and B-2.

4.      The information set forth in this affidavit is based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of obtaining a search warrant for the **Target Devices**, it does not set forth each and every fact that I or others have learned during the course of this investigation, but only contains those facts believed to be necessary to establish probable cause.

## EXPERIENCE AND TRAINING

5.      I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

6.      I am a Special Agent for the FBI. I have been employed by the FBI since January of 2009 and have served in several different support roles prior to becoming a Special Agent in 2017.  I am currently on San Diego Field Office's Violent Crimes Against Children/Human Trafficking squad and have been assigned to the San Diego Human Trafficking Task Force (SDHTTF) since 2017.  As a member of the SDHTTF, I investigate crimes concerning child exploitation and human trafficking.  I also serve as a Behavioral Analysis Coordinator and Threat Management Coordinator for the San Diego Field Office. Prior to working for the FBI, I worked for the National Center for Missing and Exploited Children (NCMEC).

7.     My experience as an FBI Special Agent has included the investigation of cases involving the use of computers and the internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of cellular telephones and other electronic devices.

9.     Through my training, experience, and consultation with other law enforcement officers, I have learned that:

a.     Individuals involved in illicit commercial sex maintain records, including electronic files, related to their illicit purchases on computers and computer servers hosting internet applications such as electronic mail (email) and personal social networking web pages;

b.     Individuals involved in illicit commercial sex often solicit clients through electronic advertisements and other media, such as Privatedelights.ch and Megapersonals.eu[1];

c.     Individuals involved in illicit commercial sex maintain records of correspondence relating to contact information as well as travel and lodging arrangements involved in such illegal activity;

d.     Individuals involved in illicit commercial sex maintain documents and files containing names of associates, including commercial sex workers, involved in prostitution;

---

[1] Based on my training and experience, I am aware that privatedelights.ch and Megapersonals.eu are websites that hosts advertisements for commercial sex services.

4

e.   Individuals involved in illicit commercial sex maintain financial records, bank statements, money orders, money order receipts, and cash that are evidence of payments made in conjunction with prostitution;

f.   Individuals involved in illicit commercial sex use cellular telephones, tablet, desktop, removal hard drives and flash drives, and notebook computers and maintain these items on their person and/or in their residences and/or business fronts. Individuals involved in illicit commercial sex use cellular telephones, tablet, notebook computers, and removable storage media to increase their mobility, coordinate illicit activities, and to provide traffickers and victims with instant access to phone calls, voice messages, text messages, instant messaging (IM) and internet based correspondence. Individuals involved in illicit commercial sex will use multiple cellphones, tablets, notebook computers, and phone numbers in order to maintain contact with other traffickers, victims, complicit businesses, and clients. These electronic devices contain wire and electronic data concerning telephonic contact records, text messages, and electronic mail messages with co-conspirators and clients, as well as telephone books containing contact information for co-conspirators and clients. Individuals involved in illicit commercial sex also utilize digital cameras, cellular telephones, desktop and notebook computers with photograph and video capabilities to take photographs and videos of themselves as well as other coconspirators for the purpose of electronic advertising and promotion of prostitution. Moreover, I know that digital evidence can be stored on a variety of systems and

storage devices including: hard disk drives, DVD ROMS, pagers, money chips, thumb drives, flash drives, and portable hard drives;

g.     Individuals involved in illicit commercial sex often drive vehicles, sometimes rented, leased, or registered in the names of other people, to transport themselves and coconspirators, inter and intra state, to pre-arranged meetings with clients to engage in prostitution. These same individuals often get other persons to rent hotel rooms, pay for online postings or other items to avoid detection.

10.    Based upon my experience and training, and the experience and training of other agents with whom I have communicated, the evidence of illegal activity described above in paragraphs "a" through "g" is maintained by individuals involved in illicit commercial sex in property that they and their associates live in and operate as well as on online accounts such as Instagram and Facebook as well as email accounts, which can be accessed on computers and cellular telephones.

### FACTS IN SUPPORT OF PROBABLE CAUSE
### <u>Sex Trafficking of Children</u>

11.    On or about July 29, 2021, Chula Vista Police Department (CVPD) received information regarding a sixteen-year-old juvenile female ("JF1") who was believed to be a victim of sex trafficking.  According to JF1's mother, JF1 left with an unknown female wearing a necklace that read "Dolla."  Over the next several months, CVPD detectives received information from JF1's mother regarding her running away again and ending up in Las Vegas, Nevada.

12.    In October 2021, JF1's mother contacted CVPD detectives stating JF1 was not attending school and had run away again. JF1's mother accessed JF1's bank account and cell phone and was able to provide information regarding a CashApp

transaction in which JF1 had sent $10 to "Dolla" and a phone number that was in her call log as a frequent caller, 619-724-8833. Records checks identified the number as belonging to CULPEPPER.

13.    In or about December 2022, CVPD detectives located a commercial sex ad on privatedelights.ch[1] that depicted JF1. The headline for the ad was "New in Town and Ready For You." There was a total of 5 photos on the ad, two of which clearly depicted the face of the person in the ad. The location listed on the advertisement was Las Vegas. CVPD detectives also located additional ads for JF1 showing the location as Dallas, TX. JF1's mother told CVPD detectives she received a call from a group home in Las Vegas stating JF1 was recovered in a house where an arrest was made for prostitution-related offenses.

14.    In or about January 2022, JF1's mother provided CVPD detectives with an update stating CULPEPPER called her and told her to pick JF1 up at a residence near Voyager Park in Chula Vista, CA. CVPD detectives and members of the San Diego Human Trafficking Task Force (SDHTTF), collectively referred to as Task Force Officers (TFOs), conducted an operation in order to recover JF1. TFOs found an online advertisement offering commercial sex with photos of JF1. The phone number used in the ad was 619-720-XXXX. TFOs contacted the number on the ad and arranged for a commercial sex date. The specific act was a quick visit for $160. After discussing a location, the user of 619-720-XXXX stopped responding and TFOs were unable to reestablish communication.

15.    TFOs continued to monitor ads for JF1 and made several other attempts to recover her over the next few months. In March 2022, CVPD detectives located additional ads for JF1. Detectives observed JF1 with a new tattoo on her upper left

---

[1] Based on my training and experience, I am aware that privatedelights.ch is a website that hosts advertisements for commercial sex services.

chest area. The tattoo appeared to be of the name "Damarion" and had a crown over the letter "D."

16.    On April 27, 2022, CVPD Detectives, SDHTTF, and Escondido Police Department (EPD), collectively TFOs, conducted an operation in attempt to recover JF1. Undercover TFOs were able to set up a date (specific sex act for compensation) with JF1. She was recovered, interviewed, and admitted to being involved with CULPEPPER. During the interview, JF1 told TFOs the following:

A.    CULPEPPER was assisting her with "dates" by letting her know a "John" was texting her regarding her (sexual) services. CULPEPPER sent JF1 a text with the phone number of a potential customer about a "quick visit." JF1 stated CULPEPPER had her iCloud account logged onto his phone, so he was receiving messages that were meant for JF1. He would then relay any communication to her because her phone was broken.

B.    JF1 stated CULPEPPER was trying to be her pimp, but JF1 wasn't letting him. JF1 stated CULPEPPER wanted to control her, and everyone. "He is bipolar." She stated she had not talked to CULPEPPER since the 25th and was mad about him getting another girl pregnant.

19.    In reviewing the EPD interview report, CVPD detectives also noted the following:

A.    CULPEPPER tells JF1 in a text message, "don't go to the track[1] ckause ill be out there every nkight and if I see yu imam kill yu."

20.    JF1 also admitted CULPEPPER had recently posted photos of himself with guns on social media. She stated she did not feel threatened by this, he was just

---

[1] Based on my training and experience, I know "track" is a term commonly used in the pimping and prostitution subculture to describe an area known for prostitution activity.

mad. JF1 said he has made these threats before and never follows through. He has told her "a million times."

21.     On July 27, 2022, SDHTTF members located another online commercial sex advertisement featuring JF1. TFOs initiated conversation with the number listed in the advertisement, 858-537-XXXX. TFOs were able to arrange a date for $400 to have sex with two girls. The date was set for the following day (July 28, 2022) at Studio 6. TFOs believed the location of the date was the Studio 6 Motel located at 425 Roosevelt Ave, National City, CA 91950.

22.     On July 28, 2022, TFOs attempted to contact the number again, but got no response. TFOs responded to the Studio 6 in National City and found CULPEPPER had rented a room there and signed the registration card. The registration card also had an entry "2 Adult – 0 Child" and listed CULPEPPER'S 619-724-8833 phone number.

23.     On September 22, 2022, SDHTTF members found an online commercial sex ad with JF1's photos and the contact number 619-642-XXXX. A search of law enforcement databases showed the name registered to the phone's account as "Damar CULPEPPER." TFOs set up an operation to recover JF1. TFOs were successful in setting up a commercial sex date and arranged for a "quick visit" car date for $150. JF1 was recovered and transported back to San Diego Police Department's (SDPD) Eastern Division.

24.     TFOs contacted JF1's mother and she agreed to go to Eastern Division to take custody of her daughter. While there, JF1's mother told TFOs that JF1 and CULPEPPER went to school together at one point, and he was aware of her age.

25.     In October 2022, CVPD detectives continued to review JF1's cellphone download. Detectives viewed an extensive number of calls and texts between JF1

and CULPEPPER from April 5, 2022 to April 27, 2022. Within the conversations, detectives observed the following on April 13, 2022:

> **JF1**: I'm tryna figure out how you don't have monry/ I just worked my ass off and gave you allat
> **CULPEPPER**: And im finna make allat back
> **JF1**: But still we should be stacking you said
> **CULPEPPER**: Idk what yu been doing
> **JF1**: I haven't been doin shit I've been resting my fucking coochie hurts/ No it doesn't we was in Anaheim not making no money kos I was mad about the bitch you stop talking to her for however long and said you wanted to run it up no playing games and shit so I wasn't tryna complain and did the dates even tho I be scared to go outside and see tricks now I can really die or sum bad can really happen to me/You stay getting hella money from me then go do that weird shit every time/ Why don't you consider giving me a break once in a while I work everyday I wanna sleep all day sometimes do shit wit you that's not just trappin you only sayik your on break kos I kept saying I needed one
> **CULPEPPER**: im sayin yur on a break
> **JF1**: You would have never just thought oh I'm not gone let [JF1] work for some days kos she do this shit EVERYDAY just so I can show some appreciation like wtf/ Do you not know I risk my life doin that shit

### Sex Trafficking of Adults

26.     On or about September 15, 2023, members of the SDHTTF received information regarding mail and photographs sent to CULPEPPER while in Rock Mountain Detention Facility. The photos featured a barely clothed adult female (AF1) at a 7Eleven gas station and other various public locations. Using law enforcement databases, agents were able to identify AF1 and her telephone number as 619-451-XXXX.

27.     Based on this information, agents located a San Diego Police Department (SDPD) report from August 21, 2023 in which SDPD officers were

dispatched to investigate a Domestic Violence incident occurring at a hotel located on Hotel Circle South in San Diego, CA. According to the reports, an adult female (later determined to be AF1) called 911 and stated a male she knew from previous interactions took the keys to her car. SDPD officers arrived at the hotel and spoke with AF1. AF1 told officers the argument was over her car keys. She also stated CULPEPPER slapped her in the face and made a stabbing motion towards her tires.

28.    Officers reviewed the hotel surveillance video[1] which was captured on their body worn cameras (BWC). Agents obtained a copy of the BWC and reviewed the footage. In the video, CULPEPPER and AF1 appear to be arguing. After several minutes, CULPEPPER slaps AF1 on the left side of her face with his right hand. After standing by the vehicle for a few more minutes, AF1 turned around and began to walk away. CULPEPPER hit AF1 on the left side of her face again. AF1 walked back to the hotel room, and CULPEPPER went to the southwest corner of the parking lot to grab an unknown item off the ground from out of camera view. CULPEPPER walked to AF1's front driver side tire and made a swinging motion toward it. CULPEPPER walked back to the passenger side of his vehicle, and AF1 walked back to CULPEPPER. They stood near the vehicle for a few moments. AF1 appeared to reach for CULPEPPER's jacket pocket multiple times. CULPEPPER pushed AF1's hands away and eventually started pushing AF1 away from him. CULPEPPER pushed AF1 out of the way and entered the front passenger seat of his vehicle. AF1 stood in the way of the door. CULPEPPER pushed her out of the doorway multiple times before fully closing the door and eventually driving away. CULPEPPER was ultimately arrested for 243(e)(1) PC - Spousal Abuse and booked into San Diego Central Jail that night.

---

[1] Video surveillance from the hotel was only obtained on BWC during SDPD officer review. Actual surveillance video from the hotel was not obtained.

29.    On or about September 28, 2023, agents received select jail calls, emails and deposit information for CULPEPPER while at San Diego Central Jail, George Baily Detention Facility, and Rock Mountain Detention Facility. The calls obtained were between CULPEPPER and telephone number 619-451-XXXX (AF1) for the date range of August 21, 2023 - September 26, 2023. In a cursory review of the calls, CULPEPPER and AF1 discussed renting Airbnbs, making money, taking photos, etc. The following is an excerpt from a call that occurred on August 21, 2023:

CULPEPPER: What are you doing
AF1: Nothing right no
CULPEPPER: Hmm…well don't you think you should be on the [inaudible]
AF1: Huh
CULPEPPER: Don't you think you should be on the razor[1]?
AF1: No
CULPEPPER: Why would you think that?
CULPEPPER: [Inaudible] I mean it's gonna be 7:00 right?
AF1: Ya
CULPEPPER: You should be out there at 7. 7-2 am.

30.    In the same call, they also discussed CULPEPPER's recent arrest. CULPEPPER told AF1 she needed to show up at court and told her to tell the public defender she wants to recant her statement.

31.    In another call on September 26, 2023, CULPEPPER and AF1 are arguing about his phone. CULPEPPER tells AF1, "I swear bro on everything that I love, everything that is dear to me blood, that I will seriously fucking hurt you bro."

32.    At the time the jail calls were received, AF1 had also deposited approximately $270 into CULPEPPER's commissary account.

---

[1] Based on my training and experience, I believe "razor" to be a slang term for "Blade" which is commonly used to describe an area known for prostitution activity.

33.     On or about October 3, 2023, agents identified commercial sex ads featuring AF1. The ads were posted on megapersonals.eu[1] and listed 619-451-XXXX as the contact number. Except for several ads on or around August 6, 2023 which listed Long Beach, all of the other ads listed San Diego as the location.

34.     On or about October 10, 2023, agents identified additional ads listing 619-451-XXXX as the contact number. The ads were posted on October 9, 2023 and October 10, 2023 and featured AF1 along with another unknown female in one of the photos. As of November 1, 2023, ads listing 619-451-XXXX were posted from August 5, 2023 - October 31, 2023. Additional commercial sex ads were also posted on Adultlook.com[2].

35.     In particular, investigators identified commercial sex ads from August 20, 2023 and August 21, 2023 featuring AF1 for incalls[3] with a listed location of San Diego and surrounding areas. Information obtained from megapersonals.eu showed a listed email login address for the ad postings as "dollasmonae@gmail.com".

### Federal Arrest of CULPEPPER

36.     On November 8, 2023, the United States District Court for the Southern District of California issued an arrest warrant for CULPEPPER.

37.     CULPEPPER was released from state custody and transported to Metropolitan Correctional Center on November 13, 2023. Upon release, transporting Agents received CULPEPPER's personal property from San Diego Central Jail.

---

[1] Based on my training and experience, I am aware that megapersonals.eu is a website that hosts advertisements for commercial sex services.

[2] Based on my training and experience, I am aware that adultlook.com is a website that hosts advertisements for commercial sex services.

[3] "Incall" is a term commonly used in the pimping and prostitution subculture in which the sex buyer comes to a location, commonly a motel room, obtained on behalf of or by the commercial sex worker.

38.   CULPEPPER's property included **Target Device #2** along with emails, handwritten letters, photographs of AF1, phone number lists, and San Diego County Sheriff's Department Content Unacceptable Notices due to nudity/sexual activity or sexual activity in photos. Several of CULPEPPER's emails were received from JF1.

A.   In an email received from on October 5, 2023, JF1 wrote:

"you don?t understand all the stress and ab you done put me through mentally physically emotionally me trying to do any and everything i can and it still isn?t enough" and "i can no longer juts listen to everything you say i will no longer let anybody treat me like a working dog and not even give a thank you when you sit on your ass all day not saying your job is easy but it?s not nun compared to what I do."

39.   In addition, several of the handwritten numbers on the phone lists were found to be associated with commercial sex ads.

40.   Based on my training and experience, and consultation with law enforcement agents who have training and experience investigating sex trafficking offenses, I know that individuals will often possess cellular telephones to communicate with customers and individuals involved in prostitution. Similarly, cellular telephones are commonly used to make contact with minors and adults to persuade and induce them into engaging in sex trafficking by communicating using the social media described above. Based on the facts of this case, I believe that evidence of sex trafficking crimes may be found on the **Target Devices.**

## METHODOLOGY

42.   It is not possible to determine, merely by knowing the cellular/mobile telephone's make, model and serial number, the nature and types of services to which the device is subscribed, and the nature of the data stored on the device. Cellular/mobile devices today can be simple cellular telephones and text message devices, can include cameras, can serve as personal digital assistants and have

14

functions such as calendars and full address books and can be mini-computers allowing for electronic mail services, web services and rudimentary word processing. An increasing number of cellular/mobile service providers now allow for their subscribers to access their device over the internet and remotely destroy all of the data contained on the device. For that reason, the device may only be powered in a secure environment or, if possible, started in "flight mode" which disables access to the network. Unlike typical computers, many cellular/mobile telephones do not have hard drives or hard drive equivalents and store information in volatile memory within the device or in memory cards inserted into the device. Current technology provides some solutions for acquiring some of the data stored in some cellular/mobile telephone models using forensic hardware and software. Even if some of the stored information on the device may be acquired forensically, not all of the data subject to seizure may be so acquired. For devices that are not subject to forensic data acquisition or that have potentially relevant data stored that is not subject to such acquisition, the examiner must inspect the device manually and record the process and the results using digital photography. This process is time and labor intensive and may take weeks or longer.

43. Following the issuance of this warrant, I will collect the **Target Devices** and subject them to analysis. All forensic analysis of the data contained within the **Target Devices** and its memory cards will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

44. Based on the foregoing, identifying and extracting data subject to seizure pursuant to this warrant may require a range of data analysis techniques, including manual review, and, consequently, may take weeks or months. The personnel conducting the identification and extraction of data will complete the analysis within ninety (90) days, absent further application to this court.

## PROCEDURES TO PROTECT THIRD PARTY PRIVACY

45. All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant. In the event that the personnel lawfully conducting the analysis identify information pertaining to crimes outside the scope of the warrant such information will not be used in any way except to obtain a new warrant authorizing a search for such information. In the event a new warrant is obtained, the government may make use of the data seized in any lawful manner. Absent a new warrant, the personnel conducting the analysis may continue to search and seize data only within the scope of this warrant.

## GENUINE RISK OF DESTRUCTION OF DATA

46. Based upon my experience and training, and the experience and training of other law enforcement agents with whom I have communicated, electronically stored data may be permanently deleted or modified by users possessing basic computer skills. In this case, no genuine risk of destruction exists as the property to be searched is already in the custody of the FBI.

## PRIOR ATTEMPTS TO OBTAIN DATA

47. Law enforcement has not previously attempted to obtain the evidence sought by this warrant.

## CONCLUSION

48. Based on the foregoing, I submit there is probable cause to believe items that constitute evidence, fruits, and instrumentalities of violations of federal criminal law, namely, 18 U.S.C. § 1591, as described in Attachments B-1 and B-2, will be found in the property to be searched, as described in Attachments A-1 and A-2.

49. I therefore respectfully request that this Court issue warrants authorizing me, an FBI Special Agent, or another law enforcement officer specially

trained in digital evidence recovery, to search the **Target Devices**, as described in Attachments A-1 and A-2 and seize the items listed in Attachments B-1 and B-2.

      I swear the foregoing is true and correct to the best of my knowledge and belief.

                              *Jessica Schick*
                               Jessica R. Schick
                               Special Agent
                               Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16th day of February 2024.

                              *Allison H. Goddard*
                               HONORABLE ALLISON H. GODDARD
                               UNITED STATES MAGISTRATE JUDGE

Type text here

## <u>ATTACHMENT A-2</u>
## <u>ITEM TO BE SEARCHED</u>

The property/items to be searched is/are described as follows:

Black iPhone with a diagonal crack through the upper half of the rear panel and a chip in top right corner of the rear panel (**Target Device #2**)



**Target Device #2** is currently being held at the HTTF Office located at 9425 Chesapeake Dr. San Diego, CA 92123.

21

1
2

## ATTACHMENT B-2
## ITEMS TO BE SEARCHED FOR AND SEIZED

3
4   Authorization to search the cellular telephone described in Attachment A-2 includes
the search of disks, memory cards, deleted data, remnant data, slack space, and
5   temporary or permanent files contained on or in the cellular telephones. The seizure
and search of the cellular telephone will be conducted in accordance with the
6   affidavit submitted in support of the warrant.

7   The evidence to be seized from the cellular telephone will be communications,
8   records, photographs, videos, data, and items, including but not limited to emails,
text messages, photographs, audio files, phone apps, videos, location data, or
9   contraband, for the period of July 21, 2023 through August 21, 2023:

10
11          a.   tending to identify attempts to engage in (1) sex trafficking of
children; (2) sex trafficking by fraud, force, or coercion, (3)
12               possession of matters containing images of minors and adults
engaged in sexually explicit conduct, and (4) transportation of
13               persons engaged in prostitution;

14
15          b.   tending to identify accounts, facilities, storage devices, and/or
services–such as email addresses, IP addresses, websites, phone
16               apps, and phone numbers–used to facilitate (1) sex trafficking of
children; (2) sex trafficking by fraud, force, or coercion, (3)
17               possession of matters containing images of minors and adults
engaged in sexually explicit conduct, and (4) transportation of
18               persons engaged in prostitution;

19
20          c.   tending to identify payment, payment methods, or other monetary
transactions relating to (1) sex trafficking of children; (2) sex
21               trafficking by fraud, force, or coercion, (3) possession of matters
containing images of minors and adults engaged in sexually explicit
22               conduct, and (4) transportation of persons engaged in prostitution;

23
24          d.   tending to identify co-conspirators, criminal associates, or others
involved in (1) sex trafficking of children; (2) sex trafficking by
25               fraud, force, or coercion, (3) possession of matters containing
images of minors and adults engaged in sexually explicit conduct,
26               and (4) transportation of persons engaged in prostitution;
27

22

e.  relating to the purchase, sale, lease, rental, registration, or ownership of real or personal property, vehicles and/or vessels to (1) sex trafficking of children; (2) sex trafficking by fraud, force, or coercion, (3) possession of matters containing images of minors and adults engaged in sexually explicit conduct, and (4) transportation of persons engaged in prostitution;

f.  tending to identify travel to or presence at locations, including but not limited to hotels, residences, and other rental locations, involved in (1) sex trafficking of children; (2) sex trafficking by fraud, force, or coercion, (3) possession of matters containing images of minors and adults engaged in sexually explicit conduct, and (4) transportation of persons engaged in prostitution;

g.  tending to identify the user of, or persons with control over or access to, the **Target Device #2**, as defined in **Attachment A-2**; and/or

h.  tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above.

**which are evidence of violations of Title 18, United States Code, Section 1591.**

The seizure and search of the cellular phones shall follow the procedures outlined in the methodology section in the supporting affidavit. Deleted data, remnant data, slack space, and temporary and permanent files on the cellular phones may be searched for the evidence above.